Case 1:20-cv-00732-AJN   Document 14   Filed 07/08/20   Page 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/8/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

Olga Benitez,

                                Plaintiff,                        20-cv-732 (AJN)

            -v-                                      ORDER

United States Postal Service, United States Of America,
Ronald L Parker,

                             Defendant.

------------------------------------------------------------------X

ALISON J. NATHAN, United States District Judge:

      In light of the COVID-19 public health crisis, the Court will not hold the upcoming initial pretrial conference in this case in person. The Court is in receipt of the Government's letter and proposed case management plan. The parties are hereby ordered to submit a letter advising the Court whether they can do without a conference. **The parties must advise the Court no later than 3 P.M. on July 9, 2020 if they can do without a conference**. If so, the Court may enter a case management plan and scheduling order and the parties need not appear. If not, the Court will hold the initial pretrial conference by telephone. If the parties would like to proceed with the conference, at 3:00 p.m. on July 10, 2020, the parties shall call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 919-6964, followed by the pound (#) key. In either case, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-alison-j-nathan. Finally, the parties shall submit a revised proposed case management plan with their letter responding to this Order, as the dates in their proposed case management plan are incorrect.

      SO ORDERED.

Dated: July 7, 2020
       New York, New York

                                                        ALISON J. NATHAN
                                                        United States District Judge