```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
OLGA BENITEZ,                                               :
                                                            :
                        Plaintiff,                          :
                                                            :
        - against -                                         :
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
                        Defendant.                          :
------------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/11/2020
```

20 Civ. 0732 (AJN) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This matter was referred to the undersigned for settlement on July 9, 2020. The parties shall coordinate with each other and with my Deputy Clerk for scheduling an initial conference and a settlement conference.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:   September 11, 2020
         New York, New York

Copies transmitted to all counsel of record.