USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/12/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                  :
OLGA BENITEZ,                                     :

                      Plaintiff,             :                    20-CV-732 (JPC)

            -v-                             :                    <u>ORDER</u>

UNITED STATES POSTAL SERVICE *et al.*,         :

                    Defendants.         :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        All deadlines and conferences before this Court are adjourned *sine die*.

        SO ORDERED.

Dated: November 12, 2020                 _____
       New York, New York                              JOHN P. CRONAN
                                                            United States District Judge