```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
OLGA BENITEZ,                                               :
                                                            :
                              Plaintiff,                    :
                                                            :
              - against -                                   :
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
                              Defendant.                    :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/20/2020

20-CV-732 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The parties having consented to my jurisdiction for all purposes, the scheduling order, including dates and deadlines, entered on July 9, 2020 (Dkt. 19), continue to apply. If and when the parties believe it would be productive to hold a settlement conference, they shall so notify the Court.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:   November 20, 2020
         New York, New York

Copies transmitted to all counsel of record.

1