USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/5/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
OLGA BENITEZ,                                       :
                                                    :      20-CV-732 (RWL)
                          Plaintiff,                :
                                                    :      **ORDER**
             - against -                            :
                                                    :
UNITED STATES OF AMERICA,                           :
                                                    :
                          Defendant.                :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

        On February 11, 2022, the Court ordered Plaintiff's counsel to file status reports

every 60 days, or within seven days of appointment of an estate administrator, whichever

is earlier.  (Dkt. 39.)  Plaintiff's counsel has not since filed a status report of notice of

appointment of an estate administrator.  Accordingly, Plaintiff's counsel shall file a status

update by May 11, 2022.

                                    SO ORDERED.

                                    _____
                                    ROBERT W. LEHRBURGER
                                    UNITED STATES MAGISTRATE JUDGE

Dated:      May 5, 2022
            New York, New York

Copies transmitted to all counsel of record.