USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/12/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
OLGA BENITEZ,                                      :
                                                   :          20-CV-732 (RWL)
                                Plaintiff,          :
                                                   :          **ORDER**
                  - against -                       :
                                                   :
UNITED STATES OF AMERICA,                           :
                                                   :
                                Defendant.          :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On June 3, 2022, Plaintiff filed a letter stating that they anticipate the Court appointment of Eileen Sepulveda as administrator to be completed within the next two months.  (Dkt. 41.)  Over three months have since elapsed.

Accordingly, Plaintiff's counsel shall file a status update by September 19, 2022.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:        September 12, 2022
              New York, New York

Copies transmitted to all counsel of record.

1