```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
OLGA BENITEZ,                                                :
                                                             :    20-CV-732 (RWL)
                              Plaintiff,                     :
                                                             :         ORDER
              - against -                                    :
                                                             :
UNITED STATES OF AMERICA,                                    :
                                                             :
                              Defendant.                     :
-------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/15/2022

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On February 11, 2022, the Court ordered Plaintiff's counsel to file status reports every 60 days, or within seven days of appointment of an estate administrator, whichever is earlier. (Dkt. 39.) After Plaintiff's counsel failed to do so, the Court ordered Plaintiff's counsel to file a status update by May 11, 2022. (Dkt. 40.)

On June 3, 2022, Plaintiff filed a letter stating that they anticipated the Court appointment of Eileen Sepulveda as administrator to be completed within the next two months. (Dkt. 41.)

On September 12, 2022, after receiving no updates, the Court ordered Plaintiff's counsel to file a status update by September 19, 2022. (Dkt. 43.) Plaintiff's counsel has again failed to do so.

Accordingly, Plaintiff's counsel shall file a status update by December 20, 2022 (and continuing every 60 days thereafter). Failure to file a status update may result in dismissal of the case for failure to prosecute.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:   December 15, 2022
         New York, New York

Copies transmitted to all counsel of record.