USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/30/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
OLGA BENITEZ,

              Plaintiff,

- against -

UNITED STATES OF AMERICA,

              Defendant.
-----------------------------------------------------------X

20-CV-732 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The Court appreciates Plaintiff's counsel's prompt response to the Court's order to show cause at Dkt. 49. The Court is satisfied with the response and anticipates that counsel will make sure that appropriate systems are in place to ensure that future court orders will not be overlooked. Accordingly, the Court declines to impose a sanction. The show cause hearing currently scheduled for June 12, 2023 is hereby cancelled.

                                SO ORDERED

                                _____
                                ROBERT W. LEHRBURGER
                                UNITED STATES MAGISTRATE JUDGE

Dated:      May 30, 2023
                New York, New York

Copies transmitted to all counsel of record.