```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
OLGA BENITEZ,                                               :
                                                            :
                              Plaintiff,                    :
                                                            :
              - against -                                   :
                                                            :
UNITED STATES OF AMERICA et al,                             :
                                                            :
                              Defendants.                   :
------------------------------------------------------------X
```

20-CV-732 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's motion to substitute. The parties shall meet and confer to determine whether the Defendants oppose the motion; if Defendants do not oppose the motion, then the parties shall discuss scheduling for the case going forward and by June 28, 2023, shall jointly file a proposed scheduling order for the remainder of the case. If Defendants oppose the motion to substitute, any opposition must be filed by June 28, 2023.

SO ORDERED

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:   June 20, 2023
         New York, New York

Copies transmitted to all counsel of record.