USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/27/2023

UNITED STATES DISTRIC COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

OLGA BENITEZ,

                        Plaintiff,

    -against-

UNITED STATES OF AMERICA,

                        Defendant.
-----------------------------------------------------------------X

Civil Action No.
**20-CV-732-RWL**

**NOTICE OF MOTION**

    **PLEASE TAKE NOTICE** upon the attached affirmation of GARY E. LESCH, ESQ. dated June 16, 2023, the Declaration of EILEEN SEPULVEDA dated June 16, 2023, and upon all the exhibits and proceedings heretofore had herein, the Plaintiff OLGA BENITEZ will move this Court before the Honorable Judge Robert W. Lehrburger at the United States Courthouse located at 500 Pearl Street, New York, New York 10007 for an Order:

(a) Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, substituting Eileen Sepulveda, Administratrix of the Estate of Olga Benitez, as a party in this action due to the death of Plaintiff, Olga Benitez as indicated in the Suggestion of Death filed in this action on February 11, 2022; and

(b) Granting any such other incidental relief as may be appropriate.

Dated:  Bronx, New York
          June 16, 2023

LESCH & LESCH, P.C.

*Gary Lesch*

GARY LESCH, ESQ.
Attorneys for Plaintiff
860 Grand Concourse, Suite 2M
Bronx, New York 10451
T: (718) 292-1131
gary@leschlaw.com

TO:
**Brandon H. Cowart, Esq.,**
Assistant United States Attorney
Southern District of New York
86 Chambers Street, 3rd Floor
New York, New York 10007
T. (212) 637-2686
Brandon.cowart@usdoj.gov

The motion, being unopposed, is granted. The Clerk of Court is respectfully requested to formally implement the substitution on the docket.

SO ORDERED:

6/27/2023

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE