USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__2/9/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
EILEEN SEPULVEDA,                                 :
                                                 :      20-CV-732 (RWL)
                           Plaintiff,            :
                                                 :
            - against -                          :      **ORDER OF DISMISSAL**
                                                 :
UNITED STATES POSTAL SERVICE, et al.,            :
                                                 :
                                                 :
                           Defendants.           :
-----------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

　　The Court having been advised that all claims asserted in this action have been settled in principle, it is ordered that the above-entitled action be, and hereby is, dismissed without costs (except as the parties may agree in settlement); provided, however, that if the settlement is not consummated within thirty days of this Order, either party may apply by letter within that period to restore the action to the calendar.  Any application to reopen must be filed within thirty days of this Order, and any application to reopen filed thereafter may be denied solely on that basis.  If the parties wish for the Court to retain jurisdiction to enforce a settlement agreement, the agreement must be filed publicly, and an order of the Court must be entered to that effect within the thirty-day period.  *See Hendrickson v. United States*, 791 F.3d 354, 358 (2d Cir. 2015).  Any pending motions are moot and shall be terminated.  The Clerk of Court is respectfully directed to terminate all pending motions, vacate all remaining conference dates and other deadlines, and close this case.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: February 9, 2024
        New York, New York

Copies transmitted to all counsel of record.